

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00732-CV

**IN RE ESTATE O**F Shirley L. **BENSON**

Thomas Milton **BENSON**, Jr., as Trustee of the Shirley L. Benson Testamentary Trust,
Appellant

v.

Renee **BENSON**,
Appellee

From the Probate Court No. 2, Bexar County, Texas
Trial Court Nos. 155,572 & 155,572-A
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  December 9, 2015

DISMISSED

The appellant has filed an unopposed motion to dismiss appeal in accordance with the parties' settlement agreement. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Costs of appeal are taxed against the parties who incurred them.

PER CURIAM